UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MALIK TAYLOR,<br><br>　　　　Defendant.<br>_____/ | Case: 2:23-cr-20555<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 9/27/2023<br>Description: IND USA V. MALIK TAYLOR (DJ)<br><br>Violations:   18 U.S.C. § 922(g)(1)<br>　　　　　　　18 U.S.C. § 922(o) |

## **INDICTMENT**

THE GRAND JURY CHARGES:

### **COUNT ONE**
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about September 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MALIK TAYLOR, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is a Glock model 26 Gen 5, 9mm caliber semiautomatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

On or about September 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, MALIK TAYLOR, knowingly possessed a machinegun, that is, a Glock model 26 Gen 5, 9mm caliber semiautomatic pistol equipped with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o).

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Counts One and Two of this Indictment, Defendant MALIK TAYLOR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and 28 United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to: a Glock model 26 Gen 5, 9mm caliber semiautomatic pistol equipped with a machinegun conversion device.

                                                                                        THIS IS A TRUE BILL.

                                                                                        *s/Grand Jury Foreperson*
                                                                                        Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/Craig Wininger*
Craig Wininger
Chief, Violent and Organized Crime Unit

*s/David Cowen*
David Cowen
Assistant United States Attorney

Dated: September 27, 2023

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover S** | Case: 2:23-cr-20555<br>Assigned To : Leitman, Matthew F.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 9/27/2023<br>Description: IND USA V. MALIK TAYLOR (DJ) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it a

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: _DPC_ |

**Case Title:** USA v. MALIK TAYLOR

**County where offense occurred :** WAYNE

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

```
____Indictment/____Information --- no prior complaint.
 ✔ Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30381 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 27, 2023
Date

David Cowen
Assistant United States Attorney
211 W. Fort St. Suite 2001, Detroit, MI
Fax: (313) 226-5464
E-Mail address: david.cowen@usdoj.gov
Attorney Bar #: NM 142040

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.