

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,             Criminal No. 23-cr-20555

v.

                               Honorable Matthew F. Leitman

Malik Taylor,

        Defendant.
_____/

### Defendant's Acknowledgment of Indictment

I, Malik Taylor, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Indictment in this cause prior to pleading to it, and I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

**Counts One: Felon in Possession of a Firearm:** Up to 15 years imprisonment; not more than 3 years of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

**Counts Two: Illegal Possession of a Machinegun:** Up to 10 years imprisonment; not more than 3 years of supervised release; a $250,000 fine; and a mandatory special assessment of $100.

                                                  */s/ Malik Taylor*
                                                  Malik Taylor
                                                  Defendant

Date: October 3, 2023

## Acknowledgment of Defense Counsel

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pretrial motions to be filed within twenty (20) days of arraignment.

*/s/ Robert F. Kinney*
Robert F. Kinney
Counsel for Defendant

Dated: October 3, 2023