UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                           Case No. 23-cr-20555
v.                                       Hon. Matthew F. Leitman

MALIK TAYLOR,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 48)

On May 18, 2026, Defendant Malik Taylor filed a motion for early termination of his term of supervised release. (*See* Mot., ECF No. 48.)  The primary basis for the motion is that Taylor has been in "full compliance with all conditions of his supervised release." (*Id.*, PageID.406.)

The Court has consulted with Taylor's supervising probation officer, and it does not believe that Taylor has in fact been in full compliance with all of the conditions of his supervised release.  The Court has been informed that, among other things, Taylor has tested positive for marijuana, travelled outside of the Eastern District of Michigan without advanced permission, failed to report contact with police, and, based on his social media posts and musical performances with known gang members, appears to have violated special condition 4 of his term of supervised

1

release that prohibits him from being found in the social company of any person who he knows or reasonably ought to know is associated with a gang.

Given Taylor's less than full compliance with the terms of his supervised release, the Court sees to no basis to terminate that supervision early.  Taylor's motion (ECF No. 48) is therefore **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2